4 A.3d 1041

**Eugene MAJETT, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 73 EM 2010.**

Supreme Court of Pennsylvania.

Sept. 21, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of September, 2010, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is not permitted). The Prothonotary is directed to forward filings to counsel of record.